UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD OPINALDO,

        Plaintiff,

-v-

VERA WANG GROUP LLC,

        Defendant.

---

24-cv-1021 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    On March 8, 2024, counsel informed the Court that the parties had reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY
March 8, 2024

                                                _____
                                                JED S. RAKOFF, U.S.D.J.